Case 3:20-cr-00136-JCH   Document 90   Filed 07/29/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)       Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
| SHAQUAN SAUNDERS | ) Case No: 20cr136 (JCH) |
|  | ) USM No: 08875-509 |
| Date of Original Judgment: 06/27/2023 | ) |
| Date of Previous Amended Judgment: | ) Trent LaLima |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ **DENIED.**  ☑ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   40   months **is reduced to**   34   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   06/27/2023   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   07/29/2024                           /s/ Janet C. Hall
                                                    *Judge's signature*

Effective Date: _____                      Janet C. Hall, United States District Judge
*(if different from order date)*                    *Printed name and title*